# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Violation Number | 6197932 |
| Officer Name (Print) | Bryan Smith |
| Officer No. | 4102 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | State Code |
|---|---|---|
| 25 Oct 16  1312 | 320.07(3)(a) | X |

Place of Offense: Skylark and Vernon Ave.

Offense Description / Factual Basis for Charge:
F.S.S. 320.07(3)(a) Expired Registration Less than 6 months Under 18 USC section 13

### DEFENDANT INFORMATION
- Last Name: Williams
- First Name: Thomas
- M.I.: L

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| GGG-M17 | FL | 13 | Hyundai Genesis | | Blk |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → Total Collateral Due: $

YOUR COURT DATE

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 Oct, 20 16 while exercising my duties as a law enforcement officer in the Northern District of Florida.

I observed a black Hyundai traveling north bound on Skylark Dr on NSA Panama City with Florida registration tags showing expired as of August 2016. I initiated a traffic stop at the intersection of Skylark Dr and Vernon Ave. Through the Regional Dispatch Center, I confirmed the registration had expired on 5 August 2016. I made contact with the vehicle operator, Mr. Thomas Williams, and he acknowledged he knew the registration was expired. For further information, refer to ICR 1661908000112.

The foregoing statement is based upon:
[X] my personal observation    [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/25/2016  [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident